UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABU JALLOH, et al.,<br><br>Defendants. | Case No. 1:10-CR-287-BLW<br><br>**ORDER CONTINUING TRIAL AND TRIAL READINESS CONFERENCE** |

The Court has before it Defendant Abu Jalloh's Motion to Continue Trial (Dkt. 34). Abu Jalloh states that counsel needs additional time to do investigation, review discovery, and prepare for trial. Abu Jalloh requests an additional 30-60 days.

Under all these circumstances, the Court finds that a continuance is needed to give defense counsel an opportunity to provide an effective defense. Thus, a continuance is warranted under 18 U.S.C. § 3161(h)(7)(B)(iv), which authorizes a finding of excludable time when the refusal to grant a continuance would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation . . . ." Under these circumstances, the interests of justice in allowing the defense time for effective preparation outweighs the defendant's and the public's interest in a speedy trial under 18 U.S.C. § 3161(h)(7)(A). The statements of counsel establish that the trial should be reset on April 18, 2011, at 1:30 p.m. at the United States Courthouse in Bosie, Idaho. The Court finds that the period of time between the present trial date and the new trial date is excludable time under the

Speedy Trial Act.

Co-defendants Mamoduo Diallo, Mamadou L. Diallo, and Ibrahim A. Jalloh have not moved for a continuance. However, they have not opposed the motion. Under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6), excludable time exists for "a reasonable period of delay when the defendant is joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted." Accordingly, pursuant to 18 U.S.C. § 3161(h)(6), the Court finds that the excludable time found for the defendant moving for a continuance also applies to the co-defendants. Thus, the trial for Co-defendants Mamoduo Diallo, Mamadou L. Diallo, and Ibrahim A. Jalloh will be moved to April 18, 2011 as well. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED that the Motion to Continue Trial (Dkt. 34) shall be, and the same is hereby GRANTED, and that the present trial date be VACATED, and that a new trial be set for **April 18, 2011 at 1:30 p.m.** in the U.S. Courthouse in Boise, Idaho.

IT IS FURTHER ORDERED that the period of time between the prior trial date and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6) and 7(A)&(B)(iv).

IT IS FURTHER ORDERED that the current trial readiness conference be VACATED, and that a new trial readiness conference be conducted by telephone on **April 7, 2011, at 4:00 p.m.** The Government shall place the call to (208) 334-9145 with opposing counsel on the line.

IT IS FURTHER ORDERED that all pretrial motions shall be filed on or before **March 16, 2011**.

DATED:  **December 27, 2010**

B. LYNN WINMILL
Chief U.S. District Court Judge